# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASEY A. GADDY, | : | |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-6529 |
| | : | |
| WOOD BROTHERS BAR INC., | : | |
| *d/b/a* WOODY's, *et al.*, | : | |
|    *Defendants*. | : | |

## ORDER

AND NOW, this 28th day of August, 2025, upon consideration of the Partial Motion to Dismiss filed by Defendants Wood Brothers Bar, Inc. d/b/a Woody's ("Woody's") and Mayfield Social Club d/b/a Voyeur ("Mayfield") (Dkt. No. 12), Plaintiff Casey A. Gaddy's Response thereto (Dkt. No. 14), Defendant's Reply (Dkt. No. 15), and Plaintiff's Surreply (Dkt. No. 18), it is **ORDERED** that:

1. The Motion is **GRANTED in part** and **DENIED in part** for the reasons stated in the Court's accompanying Memorandum, as follows:

    a. The Motion is **GRANTED** as to (1) Gaddy's retaliation claims asserted against Woody's in Count 1 of the Amended Complaint, and (2) Gaddy's defamation and intentional infliction of emotional distress claims asserted against Woody's and Mayfield in Count 3 of the Amended Complaint.

    b. The Motion is **DENIED** in all other respects.

2. Defendants Woody's and Mayfield shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

2

3. The "motion to strike" contained in Gaddy's surreply (Dkt. No. 18 at 6) is **DENIED**.

          **BY THE COURT:**

          */s/ Gerald J. Pappert*
          **Gerald J. Pappert, J.**