**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CASEY A. GADDY,

    *Plaintiff,*

 v.

WOOD BROTHERS BAR, INC., et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-6529

## ORDER

**AND NOW**, this 9th day of June 2026, upon consideration of Defendants' Motion for Summary Judgment, (Dkt. No. 49) and Gaddy's Response in Opposition, (Dkt. No. 50), and after hearing oral argument, (Dkt. No. 68), it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED** and judgment is entered in favor of Defendants.

2. The Clerk of Court shall mark the case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.